UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re   STEPHEN FOX                              :
        Debtor                                    :
                                                  :   Case No.   14-13248
                                                  :   Chapter    13
_____ :

NOTICE OF CONVERSION OF CASE TO CHAPTER 7

COMES NOW, STEPHEN FOX, debtor, and represents to the Court as follows:

1. Debtor filed a petition for an order for relief under Chapter 13 of the Bankruptcy Code on September 1, 2014, and a Chapter 13 order for relief was granted.

2. Debtor is qualified to file for an order for relief under Chapter 7 of the Bankruptcy Code.

3.  Debtor is permitted, pursuant to 11 USC Section 1307(a), and without objection, to convert his Chapter 13 petition at will to a case under Chapter 7.

WHERFORE, debtors pray for an order of relief under Chapter 7 of the Bankruptcy Code pursuant to 11 USC Section 1307(a).

Date:   **November 7, 2014**                       /s/ Nathan Fisher
                                                   Nathan Fisher
                                                   Counsel for Debtor - #37161
                                                   3977 Chain Bridge Rd., #2
                                                   Fairfax, VA   22030
                                                   (703) 691-1642

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY that on this 7th day of November, 2014, I served the foregoing parties on the attached mailing matrix, via first-class mail, under Local Rule 4001(a)-1(E)(1), and, also:**

**Thomas Gorman, Trustee**
**300 N. Washington St., Ste. 400**
**Alexandria, VA   22314**

/s/ Nathan Fisher
Nathan Fisher