# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division

**In re:**   **Case Number**   14–13248–BFK
   **Chapter**   7

Stephen Fox

   Debtor(s)

## NOTICE TO SHOW CAUSE

**TO:** *Debtor(s)*   Stephen Fox, 10806 Henderson Road
   Fairfax Station, VA 22039

   *Attorney for Debtor(s)*   Nathan A. Fisher, 3977 Chain Bridge Road, #2
   Fairfax, VA 22030

   *Trustee*   Donald F. King, 1775 Wiehle Avenue, Suite 400
   Reston, VA 20190

   *United States Trustee*   115 S. Union Street, Suite 210, Alexandria, VA, 22314

The automatic dismissal of the above–referenced case having been suspended pursuant to Local Bankruptcy Rule 1017–3;

NOTICE IS HEREBY GIVEN that a hearing will be held:

*Date:* February 12, 2015
*Time:* 01:30 PM
*Location:* Judge Kenney's Courtroom, U.S. Bankruptcy Court, 3rd Floor, 200 S. Washington St., Ctrm III, Alexandria, VA 22314

for the debtor(s) to show cause why the case should not be converted to another chapter, or why the debtor(s) should not be held in civil contempt, or why other sanctions, including dismissal with prejudice to refiling or to the discharge in a later case of debts dischargeable in this case, should not be imposed for failure to comply with the provisions of the following Local Rule(s):

*42* – Certification of U.S. Trustee Pursuant to Local Rule 2003–1(B). It is hereby certified that either the debtor or the debtor's counsel has not appeared at the scheduled Section 341 meeting held December 11, 2014. Further note that it does not appear that there will be assets available for distribution to creditors. CASE CONVERTED FROM CHAPTER 13 ON 11/13/14 Filed by Jack Frankel of Office of the U.S. Trustee on behalf of Judy A. Robbins 11 (Frankel, Jack)

NOTICE IS FURTHER GIVEN that an outstanding balance of the filing fee in the amount of $<u>0.00</u> is due and owing to the Clerk of Court.

Dated:   January 15, 2015   William C. Redden, Clerk
   United States Bankruptcy Court

   By: <u>/s/Cristina Behen</u>, Deputy Clerk

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 14-13248-BFK
Stephen Fox                                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9          User: behenc              Page 1 of 1              Date Rcvd: Jan 15, 2015
                              Form ID: showcaus         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2015.
db             +Stephen Fox,    10806 Henderson Road,    Fairfax Station, VA 22039-2226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2015 at the address(es) listed below:
              Donald F. King    Kingtrustee@ofplaw.com, va13@ecfcbis.com;dfking@ecf.epiqsystems.com
              Jack Frankel    on behalf of U.S. Trustee Judy A. Robbins, 11 jack.i.frankel@usdoj.gov,
               USTPRegion04.ax.ecf@usdoj.gov
              Judy A. Robbins, 11    ustpregion04.ax.ecf@usdoj.gov
              Melissa M. Watson Goode    on behalf of Creditor    Kondaur Capital Corporation, as Separate
               Trustee of Matawin Ventures Trust Series 2013-4 pjmecf@glasserlaw.com, mgoode@glasserlaw.com
              Nathan A. Fisher    on behalf of Debtor Stephen  Fox Fbarsad@cs.com, barsad@aol.com
              Robert K. Coulter    on behalf of Creditor    UNITED STATES OF AMERICA robert.coulter@usdoj.gov,
               USAVAE.ALX.ECF.BANK@usdoj.gov
              Robyn Danielle Pepin    on behalf of Creditor    Kondaur Capital Corporation, as Separate Trustee
               of Matawin Ventures Trust Series 2013-4 rpepin@glasserlaw.com, pjmecf@glasserlaw.com
                                                                                             TOTAL: 7