# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| STEPHEN FOX, | ) | Case No. 14-13248-BFK |
| | ) | Chapter 7 |
| Debtor. | ) | |

## ORDER DISMISSING CASE

On March 3, 2015, the Court held a hearing on a Notice to Show Cause. Docket No. 44. Nathan A. Fisher, Esquire, was present in person. The Debtor did not appear at the hearing. For the reasons stated on the record, it is,

**ORDERED:**

1. This case is dismissed with prejudice to re-filing under any chapter of the Bankruptcy Code in this or any other court for a period of <u>90 days</u> from the entry of this Order.

2. The Clerk will mail copies of this Order, or give electronic notice of its entry, to the parties listed below.

Date: Mar 6 2015

Alexandria, Virginia

/s/ Brian F. Kenney
Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: March 9, 2015

<u>Copies to</u>:
Stephen Fox
10806 Henderson Road
Fairfax Station, VA 22039
*Chapter 7 Debtor*

Nathan A. Fisher, Esquire
3977 Chain Bridge Road, #2
Fairfax, VA 22030
*Counsel for Chapter 7 Debtor*

Donald F. King, Esquire
1775 Wiehle Avenue, Suite 400
Reston, VA 20190
*Chapter 7 Trustee*

Jack Frankel
Office of the U.S. Trustee
115 South Union Street, Ste. 210
Alexandria, VA 22314
*Counsel for U.S. Trustee*